IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHABONDY LAMAR SIMPSON,

    Plaintiff,                 No. 2:12-cv-2135 JAM KJN P

    vs.

MATTHEW CATES, et al.,

    Defendants.            <u>ORDER</u>

_____/

        By order filed October 16, 2012, plaintiff was given the option of delaying service of process and filing an amended complaint in an attempt to state a cognizable civil rights claim as to certain claims and defendants, or to consent to dismissal of those claims and defendants, and proceed with his claim as to defendant Justin. On November 15, 2012, plaintiff opted to proceed solely as to defendant Justin, and consented to the dismissal of defendants Cates, Long, and Baker, and to the dismissal of plaintiff's remaining claims, except for plaintiff's retaliation claim against defendant Justin. (Dkt. No. 10.)

////

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that defendants Cates, Long, and Baker are dismissed, and, with the exception of plaintiff's retaliation claims against defendant Justin, plaintiff's remaining claims are dismissed.  Fed. R. Civ. P. 41(a)(1).

DATED:  November 30, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

simp2135.dm